UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HOLLY McDERMITT,

    Plaintiff,

Case No. 22-cv-10605
Hon. Matthew F. Leitman

v.

SHERMETA LAW GROUP, P.L.C.,

    Defendant

_____/

## ORDER DIRECTING THE CLERK OF THE COURT TO TRANSFER THIS ACTION TO THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

On February 22, 2022, Plaintiff Holly McDermitt filed this action against Defendant Shermeta Law Group, P.L.C. in the 54A District Court for the State of Michigan. (*See* Compl., ECF No. 1-2.) The 54A District Court is located in the City of Lansing in Ingham County, Michigan. (*See id.*)

On March 22, 2022, Shermeta removed McDermitt's action to this Court. (*See* Notice of Removal, ECF No. 1.) However, under 28 U.S.C. § 1441(a), an action may only be removed "to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a). Here, because this action was pending in Lansing, Michigan, the district court "embracing" that location is the United States District Court of the Western District of Michigan, Southern Division. *See* 28 U.S.C. § 102(b)(1) (providing that Ingham

1

County, Michigan is located in the "southern division" of Michigan's "western" judicial district).

Accordingly, for the reasons explained above, the Court **DIRECTS** the Clerk of the Court to **TRANSFER** this action to the United States District Court for the Western District of Michigan, Southern Division.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: March 23, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 23, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126